COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 2/08)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 16 2023
BY DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Plaintiff's name and ID Number: James Odom So #113614

Place of Confinement: Gregg Co. Jail

CASE NO. 6:23-cv-580-JCB-KNM
(Clerk will assign the number)

v.

Defendant's name and address: Gregg Co. Court 188th 101. E. methvin Longview, tx 75601

Defendant's name and address: _____

Defendant's name and address: _____
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

1

6. Disposition: (Was the case dismissed, appealed, still pending?) N/A

7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: Gregg-Co-Jail

III. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: James Odom SO#113614 101 E. Methvin ste 635 Longview, TX, 75601

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Kim Sung Att at Law 505. E. Magrill St, Longview TX, 75601
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Not fileing for speedy trial / PR bond when I ask

Defendant #2: Judge Scott Novy 188th district court Longview, TX 75601
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Not following art 17.151 - art 17.15

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

IV. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I Have been Locked up In Gregg county Jail since Dec-19-23 and Have been Requesting a speedy trial to No avail I Was also Not Indited within 90-days and was denied a bond Reduction or P.R. bond by the time I got Indited and that took over 100 days to Have the Hearing for Hebeus corpus "thay waited untill I got Indited To Have my Hearing and it was around 130 days" So thay could denie my pr bond Hearing Then thay Had my Hearing but thay waited over 90-days see what I'm saying. So thay could denie my P.R bond

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would Like a cash settlement

V. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

James odom Goodman    James odom

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you. dont Rember

VI. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES ✓NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case Number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied?   ___YES ___NO   NA

4

I Have severe tramatic brain Injury

C. Has any court ever warned or notified you that sanctions could be imposed?   ___ YES  √ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): None

2. Case Number: None

3. Approximate date warnings were imposed: None

Executed on: 11-7-23
DATE

James Odom 50#113614
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $350 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this 7th day of November, 20 23.
(Day)          (month)          (year)

James Odom
(Signature of plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

5