UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:23-cv-00580

———

**James Odom,**
*Plaintiff,*

v.

**Kim Sung et al.,**
*Defendants.*

———

**ORDER**

Plaintiff, a former inmate of Gregg County Jail, filed this lawsuit under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge, who ordered plaintiff to either pay the initial filing fee or submit a motion to proceed in forma pauperis. Doc. 3. After plaintiff failed to comply with that order, the magistrate judge issued a report recommending that the case be dismissed without prejudice. Plaintiff has not objected to the report or otherwise communicated with the court since filing the complaint.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The case is dismissed without prejudice for failure to comply with a court order. The statute of limitations is suspended for a period of thirty days from the date of final judgment. *See Campbell v. Wilkinson*, 988 F.3d 798, 801 n.1 (5th Cir. 2021) (explaining that "where further litigation of a claim will be time-barred, a dismissal without prejudice is no less severe a sanction than a dismissal with prejudice" (cleaned up)). Any pending motions are denied as moot.

*So ordered by the court on January 23, 2026.*

J. CAMPBELL BARKER
United States District Judge